CENTER FOR DISABILITY ACCESS
Dennis Price, Esq., SBN 279082
Aaina Duggal, Esq., SBN 333681
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
AainaD@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Orlando Garcia,**<br><br>     Plaintiff,<br><br>   v.<br><br>**Welcome Natomas, LLC,** a Delaware Limited Liability Company;<br><br>     Defendants, | Case No. 2:20-cv-02163-MCE-AC<br><br>**STIPULATION TO WITHDRAW FIRST AMENDED COMPLAINT** |

Plaintiff ORLANDO GARCIA ("Plaintiff") and Defendant, Welcome Natomas, LLC, ("Defendant") by and through their attorneys of record, having been considered, the Plaintiff's First Amended Complaint hereby withdrawn, as plaintiff believes that the current complaint sufficiently states the facts of this case.

Dated: October 18, 2021

Respectfully Submitted,
STILLMAN & ASSOCIATES
By: */s/ Philip H. Stillman*
Philip H. Stillman, Esq.
Attorney for Defendant

Dated: October 18, 2021

CENTER FOR DISABILITY ACCESS

By: */s/ Aaina Duggal*
Aaina Duggal
Attorneys for Plaintiff